David R. Shoop (SBN 220576)
dshoop@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

JS-6

Attorneys for LG CHEM AMERICA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>THE HOUSE OF POWER INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 09-1510-JFW (CWx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRETY OF ACTION, WITH PREJUDICE<br><br>Fed.R.Civ.P. 41(a)(1)(ii) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Upon review of the Stipulated Dismissal, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), by and through the parties' respective attorneys of record herein, the Court hereby approves the Stipulation.

Accordingly, the entirety of the above-captioned matter is hereby dismissed, with prejudice.

IT IS SO ORDERED.

DATED: July 28, 2009       By: /S/
                           Honorable John F. Walter
                           Judge, United States District Court